COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:      Ex Parte Jan Heilbut

Appellate case number:   01-19-00509-CR

Trial court case number:  2254068

Trial court:                    County Criminal Court at Law No. 6 of Harris County

Date motion filed:          September 18, 2020

Party filing motion:        Jan Heilbut


It is ordered that the motion for rehearing is **denied**. *See* TEX. R. APP. P. 52.9.


Judge's signature: ____/s/ Sherry Radack_____
                              Acting for the Court

Panel consists of: Chief Justice Radack and Justices Lloyd and Countiss.


Date:   ___October 29, 2020____